UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

NING JIN,

Plaintiff,

v.

TODD BLANCHE, Acting Attorney General of the United States; MARKWAYNE MULLIN, Secretary of U.S. Department of Homeland Security; JOSEPH B. EDLOW, Director of USCIS; Director, Texas Service Center, U.S. Citizenship and Immigration Services, sued in his/her official capacity,

Defendants.

-------------------------------------------------------------------x

**STIPULATION OF DISMISSAL**
**<u>WITHOUT PREJUDICE</u>**

Civil Action No.
26-cv-4693

(Vitaliano, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Flushing, New York
September 18, 2026

CLEMENT A. FRANCIS, ESQ.
*Attorneys for Plaintiff*
3636 Prince Street, Suite 303
Flushing, New York 11354

By: *<u>/s/ Clement A. Francis</u>*
Clement A. Francis, Esq.
(718) 963-6666
clementfrancisesq@gmail.com

Dated: Brooklyn, New York
September 18, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Fl.
Brooklyn, New York 11201

By: */s/ Kimberly Francis*
Kimberly Francis
Assistant U.S. Attorney
(718) 254-6147
kimberly.francis@usdoj.gov

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 9/21/2026

*/s/ Eric N. Vitaliano*
**Eric N. Vitaliano**
**United States District Judge**

The Clerk of Court is directed to close this case.